Argued and submitted January 29, affirmed August 5, petition for review denied November 24, 2009 (347 Or 348)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## RAYMOND HENRY HALE,
*Defendant-Appellant.*

Wasco County Circuit Court
0700125M; A136015

213 P3d 869

Laura A. Frikert, Deputy Public Defender, argued the cause for appellant. With her on the brief was Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services.

Leigh A. Salmon, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Rosenblum, Judge, and Deits, Senior Judge.

PER CURIAM

Affirmed. *State v. Thomas*, 229 Or App 453, 211 P3d 979 (2009).